**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7660**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MICHAEL ANTHONY KENNEDY,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:05-cr-00815-HMH-1)

Submitted:  January 21, 2014      Decided:  January 24, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Anthony Kennedy, Appellant Pro Se.  Elizabeth Jean Howard, Regan Alexandra Pendleton, Assistant United States Attorneys, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Kennedy appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Kennedy, No. 6:05-cr-00815-HMH-1 (D.S.C. Sept. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED